1038

STEVEN BANKS, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-03049-5, James H. Allendoerfer, J., entered April 30, 1996. *Reversed* by unpublished per curiam opinion.

[No. 39402-9-I.    Division One.    June 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN LAIGO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01972-9, Patricia H. Aitkin, J., entered September 9, 1996. *Reversed* by unpublished per curiam opinion.

[No. 39519-0-I.    Division One.    June 29, 1998.]

*In the Matter of the Adoption of* C.E.C.

JACK MCDANIEL, *Appellant*, v. ELAINE COLES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-5-00524-8, Michael Hayden, J., entered September 16, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker and Ellington, JJ.

[No. 39924-1-I.    Division One.    June 29, 1998.]

DIXIE L. COLE, *Appellant*, v. RED LION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-12250-7, Carol A. Schapira, J., entered November 21, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ. Now published at 92 Wn. App. 743.